SAMUEL BLANK and Others, Appellants, v. MORRIS B. EVENS, Respondent.—

Upon reargument, motion for stay denied, without costs. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

